UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. GIPSON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-00726-LJO-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION ISSUED MARCH 11, 2016<br><br>[ECF No. 13] |

　　　　Plaintiff Gabriel Gomez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On February 2, 2016, the Court screened and dismissed Plaintiff's original complaint, with leave to amend, for failure to state a cognizable claim.  (ECF No. 12.)  After Plaintiff failed to file an amended complaint or otherwise respond to the Court's order within the thirty day time, Findings and Recommendations recommending dismissal of the action were issued on March 11, 2016.  (ECF No. 13.)

　　　　On April 19, 2016, the Court granted Plaintiff an extension of time to file objections to the Findings and Recommendations.  (ECF No. 17.)  In lieu of filing objections, Plaintiff filed an amended complaint on May 26, 2016.  In light of the fact that Plaintiff has now filed an amended complaint, the Court will vacate the Findings and Recommendations issued March 11, 2016.  However, Plaintiff is

1

advised that any and all deadlines will be strictly enforced by the Court, and his failure to comply with deadlines may result in dismissal of the action for failure to prosecute.

Accordingly, it is HEREBY ORDERED that the Findings and Recommendation issued March 11, 2016, is VACATED.

IT IS SO ORDERED.

Dated:   **June 16, 2016**

UNITED STATES MAGISTRATE JUDGE