UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GOMEZ,<br><br>   Plaintiff,<br><br>  v.<br><br>C. GIPSON, et al.,<br><br>   Defendants. | Case No.: 1:15-cv-00726-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, ALLOWING ACTION TO PROCEED ON CLAIM FOR DAMAGES AGAINST DEFENDANT BORGES, AND DISMISSING ALL OTHER FORMS OF RELIEF<br><br>[ECF Nos. 18 & 20] |

Plaintiff Gabriel Gomez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On June 17, 2016, the Magistrate Judge filed Findings and Recommendations recommending that this action proceed on Plaintiff's claims for damages under the Fourth and Eighth Amendments of the United States Constitution, and all other forms of relief be dismissed. The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within thirty (30) days. On July 21, 2016, Plaintiff filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on June 17, 2016, are adopted in full;
2. This action proceed on Plaintiff's claims for damages against Defendant Borges for violations of the Fourth and Eighth Amendments; and
3. Plaintiff's requests for injunctive relief are DISMISSED from the action.

IT IS SO ORDERED.

Dated: __**August 26, 2016**__                    _____/s/ Lawrence J. O'Neill_____
                                                                          UNITED STATES CHIEF DISTRICT JUDGE