UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GOMEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>L. BORGES,<br><br>            Defendant. | Case No.: 1:15-cv-00726-LJO-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF DEFENDANT FROM ANTHONY BORGES TO L. BORGES |

Plaintiff Gabriel Gomez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 12, 2016, Defendant filed an answer to the first amended complaint, and noted that he was incorrectly identified as Anthony Borges, and the correct identity is L. Borges. Accordingly, the Clerk of Court is hereby directed to change the Defendant's name from Anthony Borges to L. Borges.

IT IS SO ORDERED.

Dated:   **December 15, 2016**

UNITED STATES MAGISTRATE JUDGE

1